### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNION SECURITY INSURANCE COMPANY<br>2323 Grand Boulevard<br>Kansas City, MO 64018,<br><br>   Plaintiff,<br><br>  v.<br><br>RAYMOND LEON McGLOTHLIN<br>501 S. Church Cr.<br>Olathe, KS 66061<br><br>and<br><br>JANET McGLOTHLIN<br>501 S. Church Cr.<br>Olathe, KS 66061<br><br>and<br><br>LEE ANNA RUCH<br>551 N. Mur Len, Apt. 100<br>Olathe, KS 66062<br><br>   Defendants. | Case No. 07-CW-2024-CM-DJW |

### **ORDER**

Before this Court is Plaintiff Union Security Insurance Company's and Defendant Lee Anna Ruch's Motion to File Reference List Under Seal. Having reviewed this Motion and the Suggestions in Support incorporated thereto, and being fully advised of all relevant premises, the Court finds that the motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the Reference List for Distribution of Interpleader Funds be filed under seal.

               **IT IS SO ORDERED.**

Date: June 5, 2007         s/ Carlos Murguia
                   Judge Carlos Murguia